# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TERRY L. WADE; FREDERICK D. WADE,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **vs.** ) <br> ) <br> **CHEVY CHASE BANK, a foreign** ) <br> **corporation; CHASE BANK, a foreign** ) <br> **corporation; and TRANS UNION LLC,** ) <br> **a foreign limited liability company,** ) <br> ) <br> **Defendants.** ) | **Case No. 2:09-cv-1271-TMP** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In an Order to Show Cause dated November 4, 2009 (Doc. #17), the magistrate judge recited the history of this case and the apparent failure of Plaintiffs to prosecute this action. After Plaintiffs' counsel was disqualified, the magistrate judge stayed all proceedings in this case to give Plaintiffs an opportunity to locate new counsel. (Doc. #14) When there was no subsequent appearance by any new counsel, the magistrate judge set a scheduling conference for October 16, 2009, specifically notifying Plaintiffs that, if no new counsel appeared for them, they were obligated to appear at the conference. (Doc. #16) Although counsel for Defendants appeared at the conference, neither Plaintiffs nor any attorney for them appeared. The magistrate judge thereafter entered the November 4 Order to Show Cause, directing Plaintiffs to show cause why this action should not be dismissed, to which no response has been made.

Because it appears that Plaintiffs are not prosecuting the above-entitled action, it is **ORDERED** that the action be and hereby is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

The Clerk is **DIRECTED** to mail a copy of the foregoing to Plaintiffs at their address of record.

**DONE** and **ORDERED** this ___1st___ day of December, 2009.

                                                      **R. DAVID PROCTOR**
                                                     UNITED STATES DISTRICT JUDGE